**COM.**

v.

**DAVIS, J.**

**1036 EDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–51–CR–0008720–2009 (Philadelphia)

Vacated/Remanded

**COM.**

v.

**NUNEZ, L.**

**1365 EDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–39–CR–0001824–2011 (Lehigh)

Affirmed

**HOYAK, C.**

v.

**DIPPOLITO, A.**

**1383 EDA 2016**

Superior Court of Pennsylvania.

Filed 03/13/2017

No. C–48–CV–2014–6471 (Northampton)

Affirmed

**HOYAK, C.**

v.

**DIPPOLITO, A.**

**1440 EDA 2016**

Superior Court of Pennsylvania.

03/13/2017

C–48–CV–2014–6471 (Northampton)

Affirmed

**COM.**

v.

**BOSSONS, N.**

**1724 EDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–48–CR–0000794–2014 (Northampton)

Affirmed—Application to Withdraw as Counsel Granted

